1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLAS G. TOVAR,<br><br>            Plaintiff,<br><br>     v.<br><br>MICHAEL J. ASTRUE,<br>COMMISSION OF THE<br>SOCIAL SECURITY ADMINISTRATION,<br><br>            Defendant. | Case No. ED CV 11-126-SJO (PJW)<br><br>ORDER TO SHOW CAUSE AS TO WHY ACTION SHOULD NOT BE DISMISSED WITH PREJUDICE FOR FAILURE TO PROSECUTE |

    In August 2011, Plaintiff was ordered to serve the summons and complaint in this matter and to file a certificate of service with the Court no later than September 9, 2011.  Plaintiff has filed to do so, nor has he requested an extension of time.

    IT IS THEREFORE ORDERED that, no later than **March 19, 2012**, Petitioner shall inform the Court in writing why this case should not be dismissed with prejudice for failure to prosecute.

1  Failure to timely file a response will result in a recommendation that
2  this case be dismissed.
3       IT IS SO ORDERED
4       DATED:    February 17, 2012.

                                        _____
                                        PATRICK J. WALSH
                                        UNITED STATES MAGISTRATE JUDGE

28  S:\PJW\Cases-Soc Sec\TOVAR, 126\OSC_not dismiss.wpd