UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| NICOLAS G. TOVAR, | ) | Case No. ED CV 11-126-SJO (PJW) |
| | ) | |
| Plaintiff, | ) | J U D G M E N T |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of the Social | ) | |
| Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

    In accordance with the Order filed herewith,

    IT IS HEREBY ADJUDGED that this action is dismissed without prejudice for failure to prosecute.

    DATED:     <u>March 27, 2012</u>.

_____
S. JAMES OTERO
UNITED STATES DISTRICT JUDGE

C:\Temp\notesFFF692\Judgment.wpd