UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLAS G. TOVAR, | Case No. ED CV 11-126-SJO (PJW) |
| Plaintiff, | JUDGMENT |
| v. | |
| MICHAEL J. ASTRUE,<br>Commissioner of the Social<br>Security Administration, | |
| Defendant. | |

In accordance with the Order filed herewith,

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice for failure to prosecute.

DATED:   March 27, 2012.

*S. James Otero*

_____
S. JAMES OTERO
UNITED STATES DISTRICT JUDGE

C:\Temp\notesFFF692\Judgment.wpd